# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD KHINOO, | 1:11-cv-01322 LJO SKO |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| TIMOTHY REDD, et.al., | (Document 3) |
| Defendant. | |

By application filed on August 11, 2011, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has submitted an application that makes the showing required by § 1915 (a). Accordingly, the request to proceed in forma pauperis IS GRANTED. 28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:    September 6, 2011**                     /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE

1