# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD KHINOO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY REDD, et.al.,<br><br>　　　　Defendant. | 1:11-cv-01322 LJO SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document 3) |

By application filed on August 11, 2011, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:    September 6, 2011**　　　　　　　　／s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1